IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr190-MHT |
| | ) | (WO) |
| RUBIN SANDERS | ) | |

**ORDER**

Upon consideration of the probation officer's request for early termination of defendant Rubin Sanders's probation, the included report describing Sanders's successful compliance with all terms of his probation for more than one year, as well as his stable employment and overall community reintegration, and the probation officer's indication that the government does not oppose the motion, it is ORDERED that:

(1) The motion for early termination of probation (Doc. 1333) is granted.

(2) Defendant Rubin Sanders's probation is terminated effective immediately, and he is discharged.

DONE, this the 21st day of November, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE